**UNITED STATES of America,**
**Appellee,**

v.

**Dario Carlon PACHECO, Appellant.**

No. 08–2368.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2009.

Filed: Aug. 14, 2009.

Thomas J. Kangior, Special, U.S. Attorney's Office, Omaha, NE, for Appellee.

Dario Carlon Pacheco, Oklahoma City, OK, pro se.

Glenn Alan Shapiro, Gallup & Schaefer, Omaha, NE, for Appellant.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Dario Carlon Pacheco appeals the 120–month mandatory minimum prison sentence the district court [1] imposed after he pleaded guilty to possessing with the intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). His counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), seeking to withdraw and arguing that the prison sentence is too severe.

Pacheco's written plea agreement contains a valid appeal waiver which encompasses the argument that counsel raises on appeal, and we conclude that the waiver is enforceable and that enforcing it would not cause a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

finding no non-frivolous issues not covered by the appeal waiver, we enforce the waiver and dismiss this appeal. We grant counsel leave to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.